*Frank C. Laughlin, Stewart W. Bowers* and *Arthur A. McGivney* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.   Absent: POUND, J.

---

JACOB KAPOSSKY, Respondent, *v.* WILLIAM T. BERRY, et al., Individually and as Copartners under the Firm Name of INDUSTRIAL SURGICAL CLINIC, Appellants, Impleaded with Others.

*Malpractice — physicians and surgeons — negligence — action to recover for injury arising through alleged malpractice and negligence of nurse at surgical clinic.*

*Kapossky* v. *Berry*, 212 App. Div. 833, affirmed.

(Argued June 12, 1925; decided July 15, 1925.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 31, 1925, unanimously affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for alleged malpractice. Plaintiff had been injured by having a heavy bag of sugar fall upon his shoulder, temporarily paralyzing his arm and was sent to defendant's for treatment. His arm was there placed in a baking oven and left so long that it became burned, from which it was claimed an ulcer developed causing permanent injury to the arm.

*Theodore H. Lord* and *James B. Henney* for appellants.

*Harold L. Warner* and *Thomas A. O'Connor* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.   Absent: POUND, J.